# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page:  1-1

**Case No.:**   8:13-bk-06902-CED

**Case Name:**   YJNK VIII, Inc.

**For Period Ending:**  09/30/2021

**Trustee Name:**   (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**  05/24/2013 (f)

**§ 341(a) Meeting Date:**  06/24/2013

**Claims Bar Date:**  09/23/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Various Causes of Action (u) | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 2 | Litigation - Synovus Bank (u) | 298,125.00 | 298,125.00 | | 298,125.00 | FA |
| **2** | **Assets**          **Totals**      (Excluding unknown values) | **$299,125.00** | **$299,125.00** | | **$298,125.00** | **$1,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1-2

**Case No.:**    8:13-bk-06902-CED

**Case Name:**    YJNK VIII, Inc.

**For Period Ending:**  09/30/2021

**Trustee Name:**    (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**  05/24/2013 (f)

**§ 341(a) Meeting Date:**   06/24/2013

**Claims Bar Date:**  09/23/2013

**Major Activities Affecting Case Closing:**

10/03/21:  Appeal(s) pending decision:  Regions: 8:14-ap-00653-CED & 8:15-ap-00118-CED (Lead ADV Pro.) various orders, including Orders Granting MSJ of Regions Bank & Orders Denying MSJ of Estate, appeal in MD FL, Tampa Div, Lead Case:  8:20-cv-02891-SDM.

09/16/21:  Appeal status:  No change, pending decision.  06/16/21:  Appellant's Reply Brief filed on behalf of the Bankruptcy Estate.  05/28/21: Appellee's Brief filed on behalf of Regions Bank.  05/03/21:  Order entered granting Regions filed Motion to Maintain Documents under Seal as Part of the Record on Appeal.  04/28/21:  Appellant's Brief filed on behalf of the Bankruptcy Estate.  04/28/21:  Regions filed Motion to Maintain Documents under Seal as Part of the Record on Appeal.  04/21/21:  District Court order entered in pending appeals granting Appellant's motion seeking approval to submit court clerk's transmission of pleadings, exhibits, and other papers, which the parties  submitted under seal during the bankruptcy.  Regions Bank must submit a motion to maintain the seal by no later than April 28, 2021. 04/16/21:  Received FL unclaimed funds in Able Body Gulf Coast Inc. and Organized Confusion LLP cases.  02/08/21:  Appellee Designation of Contents for Inclusion in Record of Appeal filed in all 16 cases.  01/11/21: Discovered unclaimed funds with State of FL.  FL unclaimed funds applications submitted in Able Body Gulf Coast Inc. and Organized Confusion LLP cases.  01/06/20:  Order Granting Motion to Extend Time (to Jan. 25th for Appellant).  12/30/20:  Agreed Order Regarding Regions' Motion to Tax Costs entered. (abated pending appeal).  12/15/20:  Regions' Motion to Tax Costs filed (Filed in ADV proc.).  12/10/20:  Order Denying Motion for Rehearing of Order Denying Trustees Motion to Approve Compromise entered.  12/08/20:  Order Granting Joint Motion for Enlargement of Time (to Jan. 18th for Appellant).  12/03/20:  Notice of Appeal filed on behalf of Bankr. Estates.  12/01/20:  Final Judgment in Favor of Defendant Regions Bank entered. 11/19/20:  Orders entered on all pending Motions, primarily, Motions for Summary Judgment granted in favor of Regions Bank and denied as to the various claims by the Estate.  SEE PACER docket for details.  07/07/20:  Court cancelled July 14th hearing, again taking all pending matters under advisement.  06/01/20 – 08/05/20:  Various Replies, Responses, Motions, and Opposition filed in connection with the Motion for Adverse Inference or, Alternatively, to Preclude Regions from Offering Evidence in Support of Certain Defenses and Affirmative Defenses, and including a Motion to Strike Trustee Herendeen's Jury Demand.  06/01/20:  Agreed Order Setting Briefing Deadlines and Hearing Date on Trustee Herendeen's Motion for Adverse Inference or, Alternatively, to Preclude Regions from Offering Evidence in Support of Certain Defenses and Affirmative Defenses.  05/29/20:  Joint Stipulation Regarding the Matters Scheduled For the June 12, 2020 Hearings filed.  05/27/20:  Status Conference Held:  Court will move all pending matters to the hearing set on 06/12/20 and will contact the parties for any further inquiry at the hearing date/time, if needed  (before the July 14th final pre-trial conference).  5/22/20- 05/27/20:  Various Replies, Responses, and Notices of Filing of transcripts filed in connection with the pending Motions for Summary Judgment, Motions to Exclude Expert Opinion Testimony, Requests to Take Judicial Notice, Motions to Strike, Motion for Adverse Inference or,  alternatively, to Preclude Regions from Offering Evidence in Support of Certain Defenses and Affirmative Defenses and set for hearing on 06/12/20.  04/20/20:  Order entered granting Agreed Motion to Extend Deadlines and Re-Set Hearing Dates:  Deadlines extended and hearings rescheduled.  MSJ hearing rescheduled for 6/12/20 (also hrg on Daubert mtns and Req for Judicial Ntc); Final pre-trial status conference & Hrg on Jury Trial Issues  rescheduled for 07/14/20.  03/30/20:  Order entered granting Agreed Motion to Extend Deadlines and Re-Set Hearing Dates:  Deadlines extended and hearings rescheduled to May 11th on request for judicial notice and June 10th on jury trial issues and final pretrial conference.  03/16/20: Reply to Regions Opposition to Motion for Rehearing.  03/09/20:  Opposition/Response to Motion for Rehearing filed by Regions.  02/19/20:  Motion for Rehearing of Order Denying Trustee's Motion to Approve Compromise with American Casualty Insurance Company of Reading, Pennsylvania and CNA Claims Plus, Inc. filed.  02/05/20:  Order Denying Motion to Approve Compromise or Settlement Between Trustee, Christine L. Herendeen and American Casualty Insurance Company of Reading, Pennsylvania and CNA Claims Plus, Inc. entered.  01/07/20:  Hearing held on compromise Mtn / Obj and Judge is taking it under advisement.   12/24/19:  Request to Take Mandatory Judicial Notice filed by Plaintiff/Trustee.  (Regions ADV) 12/09/19:  Order Granting Agreed Motion filed extending certain deadlines and hearings / conferences.  (Regions ADV)  12/02/19:  Plaintiff's Motion for Partial Summary Judgment filed in connection with all 16 ADV proceedings v Regions and Regions Motions for Partial Summary Judgement (7 Motions) filed, as well as various pre-trial motions to exclude expert witness opinions/testimony and multiple papers filed under seal. (Regions ADV)  11/21/19: Regions Objection to the Motion to Approve Settlement/Compromise with American Casualty / CNA filed.  11/05/19:  Order entered granting Plaintiff's Motion to Reconsider and Vacate the Reference to a Nonjury Trial in Interlocutory Orders at Docket Numbers 130, 163, and 180.  11/01/19:

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**     8:13-bk-06902-CED

**Case Name:**    YJNK VIII, Inc.

**For Period Ending:**  09/30/2021

**Trustee Name:**     (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**  05/24/2013 (f)

**§ 341(a) Meeting Date:**   06/24/2013

**Claims Bar Date:**  09/23/2013

Agreed order entered allowing disposition of the WC records at DL's home.  10/31/19: SC filed Motion to Approve Settlement/Compromise with American Casualty / CNA on claims.  10/02/19: Case management and Scheduling Order entered.  09/25/19:  Order entered re. use of certain depos and Mtn for Rehrgon Mtn for Protective order re bene esse depos.  08/13/19:  SC filed Motion for Reconsideration and to Vacate the Reference to a Nonjury Trial in Interlocutory Orders filed.  08/02/19:  SC filed Mtn re use of certain depos and rehg on mtn for protective order re bene esse depos. 07/22/19:  Order Granting in Part and Denying in Part Motion For Protective Order To Prohibit Or Delay Trustee Herendeens July 10 De Bene Esse Depositions entered.  07/22/19:  Motion for Protective Order To Prohibit Or Delay Trustee Herendeen's July 10 De Bene Esse Depositions filed by opposing counsel. 05/07/19:  Order Granting In Part Trustee Herendeens Second Omnibus Motion to Compel Regions Bank to Provide Better Answers to Second Set of Interrogatories Served on July 24, 2018 entered.  06/04/19:  Order Granting Motion To Pay Ghiglieri & Company Additional Invoices as Banking Law Expert and Litigation Consultant (approved through trial based on budget attached to motion).  04/22/19:  SC filed Second Motion to Compel Regions Bank to Provide Better Answers to Second Set of Interrogatories.  03/13/19:  Amended Answer to Amended Complaint and Affirmative Defenses filed by Regions.  02/25/19:  Order Granting in Part Motion To Compel Regions Bank to Provide Better Answers to Plaintiffs Second Set of Interrogatories and Order Denying Motion to Strike or Dismiss Regions' Counterclaim and Affirmative Defenses entered.  02/12/19:  Agreed Order Granting Motion To Amend Training U, LLC's Complaint.  01/22/19:  Mediator's Report and Notice of Inability to Reach an Agreement in Mediation Filed by Mediator Honorable Michael G. Williamson, Judicial Mediator.  01/04/19:  SC filed Motion to Amend (Motion for Leave to Amend Training U, LLC's Complaint).  11/28/18:  Notice of Service of Regions Bank's Rebuttal Expert Report filed by Regions.  11/20/18:  Order Granting Trustee Herendeen's Motion for Leave to Amend Complaints in the SJ Debtors Cases entered.  11/20/18:  Orders entered approving Motion/Application to Pay Banking Expert / Ghiglieri & Company.  10/31/18:  Filed Motion/Application to Pay Ghiglieri & Company Additional Invoices as Banking Law Expert and Litigation Consultant.  10/04/18:  Third Amended Agreed Order Setting Trial and Establishing Pretrial Procedures.  MSJ's due by 1/25/19 and hrg on 3/26/19. 09/04/18:  Order Granting in Part and Denying in Part Motion for Reconsideration of Order Partially Granting Trustee Herendeen's Motion for Partial Summary Judgment by Regions Bank -- GRANTED on the issue of the existence of a creditor as of the date of the Subject Transfers as to Training U and DENIED as to the Court's ruling in the Summary Judgment Order as to Regions' Ninth Affirmative Defense.  07/05/18:  Regions filed a Motion for Reconsideration of the order on MSJ.  07/04/18:  Second Amended Order Setting Trial and Establishing Procedures entered.  06/20/18:  Memorandum Opinion entered granting in part and denying in part Plaintiff's Motion for Summary Judgment (Count IV denied in part & granted in part;  Count VII denied; Granted on the issue of good faith as to 9th Aff Defense; grant on 12th Aff Defense).  04/13/18:  Mediation held with Regions – no agreement reached.  01/02/18:  Agreed order (in part) entered on Moton to Amend ADV complaints v Regions and Amended Complaints filed.  11/16/17:  Motion to Amend ADV Complaints v Regions filed in connection with all of the 16 cases.  09/21/17:  Motions for Summary Judgment v Regions filed in 4 of the 16 ADV proceedings.  06/12/17:  Litigation pending in Regions ADV (discovery stage).  03/09/17:  Litigation pending in Regions ADV (discovery stage). 12/10/16:  Litigation pending in Regions ADV (discovery stage).  09/09/16:  Order entered approving compromise with Synovus.  Synovus adversaries dismissed.  All applications for compensation in connection with Synovus settlement approved (Berger Singerman, Yip, Welch).  Mtn to dispose of records granted (after 30 days) and reimbursement of storage expenses approved.  06/02/16:  MDT / Traina compromise funded w/allocation among the 10 entities involved in MDT sale.  Applications for comp approved & paid (Berger Singerman).  02/01/16:  11th Circuit upheld the court's ruling, approving the MDT / Traina compromise order (Regions appeal to District Court - upheld, then 11th Circuit Court).  07/03/15: Synovus & Regions Adversary proceedings to be jointly administered, lead cases determined, discovery underway.  Case Mgt reports filed.  04/04/15: Regions filed a Notice of Appeal of  MD court decision, affirming the bankruptcy court, to the 11th Circuit.  04/04/15: Anne Mongeulluzzi appeal of MDT / Traina compromise dismissed for lack of prosecution.  03/16/15:  Mediation with Regions in JAX per agreement (2/2 hrg) and subsequent order entered by the court.  No agreement reached.  01/30/15:  ADV proceedings filed against Regions in all corp cases & remainder of ADV proceedings filed against Synovus (all corp cases).  11/25/14: Regions filed a counterclaim against Trustee Herendeen in Mongelluzzi ADV (similar to Synovus counterclaim) seeking declaratory relief.  10/31/14:  ADV proceedings filed against Synovus in 7 of the related corporate cases; additional complaints to be filed at a a future date.  09/05/14:  Joinder by 16 Est filed in Mongelluzzi MTD re Synovus counterclaim.  HRG on both MTD's on 9/30/14.  08/25/14:  MTD filed by 16 corp estates re Synovus counterclaim in Mongelluzzi v Synovus ADV pro.  08/07/14:  Anne Mongelluzzi filed appeal re Order approving MDT / Traina compromise.  07/23/14:  District Court in Mongelluzzi v Synovus action remanded the case to the bankruptcy court (ADV 8:14-ap-00645-CED). 07/17/14:  Attended mediation with Mongelluzzi group and Synovus per their district court order and our voluntary participation in same.  07/11/2014:

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:**    8:13-bk-06902-CED

**Case Name:**    YJNK VIII, Inc.

**For Period Ending:**    09/30/2021

**Trustee Name:**    (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**    05/24/2013 (f)

**§ 341(a) Meeting Date:**    06/24/2013

**Claims Bar Date:**    09/23/2013

Synovus filed counterclaim against 16 corporate estates in the Mongelluzzi District Court action.  07/08/14:  Regions filed appeal re Order approving MDT / Traina compromise.  05/22/14:  Order entered approving compromise with MDT / Traina.  03/22/14:  Motion for Extension of Time to File Inter-Company Claims filed and granted (60 additional days to June 20, 2014).  Motion to Approve Compromise re settlement with MDT / Traina / True Blue filed and set for hearing on 4/14 along with Motion to Modify Compensation Agreement of Berger Singerman (part contingency / part hourly).  Court approved employment of Andrea Bauman as CPA for taxes and court approved employment of Yip and Associates as forensic accountant.  Final vehicle has been sold at auction in YJNK II related case with app for comp filed and all Bills of Sale filed.  01/31/14:  MDT / Traina / True Blue Settlement Agreement approved and signed by all parties / estates.  Motion to Approve Compromise to be filed.  Other causes of action filed by Mongelluzzi estate; under review by counsel in the corporate cases.  12/09/13:  Attended hearing on Motion to Approve Disposal of Records.  Hearing continued to 2/10/13.  11/21/13:  Attended 2004 with MDT / Mike Trainia in Oct and mediation in Nov.  No settlement and ADV Complaint filed on 11/20/13.  10/01/13:  Agreed Motions for 2004 Exams of Michael Traina, MDT, & True Blue filed, orders granting same enterered & Notices of 2004 Exams filed.  Demand letters sent to certain third parties.  08/15/13:  Letters sent to various parties requesting turnover of records to various holders of company financial records.  07/29/13:  341 Mtgs held and concluded.  07/15/13:  Order entered approving employment of counsel for the Estate.

**Initial Projected Date Of Final Report (TFR):**    05/24/2015

**Current Projected Date Of Final Report (TFR):**    10/31/2022

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 8:13-bk-06902-CED | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | YJNK VIII, Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3867 | Account #: | ******0566 Checking Account |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/03/16 | {2} | Synovus Financial Corp. o/b/o Synovus Bank | Settlement funds pursuant to Order Granting Mtn to Approve Settlement Agmt with Synovus Bank (Doc. No. 131)(Ref para# 4 re equal allocation among 16 corp estates). clh | 1241-000 | 298,125.00 | | 298,125.00 |
| 10/04/16 | 101 | Berger Singerman LLP | Pmt of attorney's fees per to Order Awarding First and Final App for Comp re Synovus settlement (Doc. No. 134) & Order Granting Mtn to Approve Settlement Agmt w/Synovus Bank (Doc. No. 131). clh | 3210-000 | | 104,343.75 | 193,781.25 |
| 10/04/16 | 102 | Berger Singerman LLP | Pmt of attorney's exp per to Order Awarding First and Final App for Comp re Synovus settlement (Doc. No. 134) & Order Granting Mtn to Approve Settlement Agmt w/Synovus Bank (Doc. No. 131). clh | 3220-000 | | 4,240.50 | 189,540.75 |
| 10/04/16 | 103 | Yip Associates | Forensic acct fees/exp awarded pursuant to Order Awarding First Interim App for Comp (Doc. No. 136). clh | 3410-000 | | 21,797.00 | 167,743.75 |
| 10/04/16 | 104 | Yip Associates | Forensic acct fees/exp awarded pursuant to Order Awarding First Interim App for Comp (Doc. No. 136). clh | 3420-000 | | 191.30 | 167,552.45 |
| 10/07/16 | 105 | Angela Welch, Trustee | Admin Exp under 503(b)(1)(a) awarded pursuant to Amended Order Granting App for Allowance of Admin Exp Claim (Doc. No. 137).  clh | 2990-000 | | 8,336.03 | 159,216.42 |
| 10/07/16 | 106 | Christine L. Herendeen | Storage expenses for records in TX pursuant to Order Granting Mtn for Reimbursement of Expenses (Doc. No. 201, Able Body Temp Serv Inc., Case no. 13-06864, equal allocation). clh | 2410-000 | | 409.63 | 158,806.79 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.53 | 158,516.26 |
| 11/06/16 | 107 | Mobile Shred It | Cost of disposal of records in TX storage unit pursuant to Order Approving Expenses for Destruction of Records (Doc. No. 202). clh | 2420-000 | | 48.43 | 158,467.83 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.53 | 158,225.30 |
| 12/03/16 | 108 | Catherine A. Ghiglieri and Ghiglieri & | Payment of expert witness fees pursuant to Order Granting Motion for Approval of Monthly Payments to Ghiglieri Consistent with Proposed Budget (Doc. No. 139)(Inv #8).  clh | 3991-000 | | 1,386.32 | 156,838.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.56 | 156,613.42 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.24 | 156,373.18 |
| 02/03/17 | 109 | Catherine A. Ghiglieri and Ghiglieri & | Payment of expert witness fees pursuant to Order Granting Motion for Approval of Monthly Payments to Ghiglieri Consistent with Proposed Budget (Doc. No. 139)(Inv #9 & 10). clh | 3991-000 | | 1,107.43 | 155,265.75 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.12 | 155,056.63 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.46 | 154,826.17 |

Page Subtotals:    $298,125.00    $143,298.83

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | |
|---|---|---|
| Case No.: | 8:13-bk-06902-CED | |
| Case Name: | YJNK VIII, Inc. | |
| Taxpayer ID #: | **-***3867 | |
| For Period Ending: | 09/30/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Christine L. Herendeen (290278) | |
| Bank Name: | Mechanics Bank | |
| Account #: | ******0566 Checking Account | |
| Blanket Bond (per case limit): | $30,832,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/02/17 | 110 | Catherine A. Ghiglieri and Ghiglieri & | Payment of expert witness fees pursuant to Order Granting Motion for Approval of Monthly Payments to Ghiglieri Consistent with Proposed Budget (Doc. No. 139)(Inv #11 & 12). clh | 3991-000 | | 1,013.90 | 153,812.27 |
| 04/02/17 | 111 | Catherine A. Ghiglieri and Ghiglieri & | Payment of expert witness expenses pursuant to Order Granting Motion for Approval of Monthly Payments to Ghiglieri Consistent with Proposed Budget (Doc. No. 205)(Inv #11). clh | 3992-000 | | 31.64 | 153,780.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.94 | 153,573.69 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.98 | 153,330.71 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.54 | 153,110.17 |
| 07/14/17 | 112 | Catherine A. Ghiglieri and Ghiglieri & | Payment of expert witness fees pursuant to Order Granting Motion for Approval of Monthly Payments to Ghiglieri Consistent with Proposed Budget (Doc. No. 139)(Inv #13). clh | 3991-000 | | 2,280.46 | 150,829.71 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.79 | 150,617.92 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.32 | 150,379.60 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.08 | 150,170.52 |
| 10/01/17 | 113 | Berger Singerman LLP | Attorney's fees/costs pursuant to Order Approving Application for Compensation (Doc. No. 116). clh | 3220-000 | | 7,446.62 | 142,723.90 |
| 10/01/17 | 114 | Berger Singerman LLP | Attorney's fees/costs pursuant to Order Approving Application for Compensation (Doc. No. 116). clh | 3210-000 | | 5,669.18 | 137,054.72 |
| 10/01/17 | 115 | Berger Singerman LLP | Attorney's fees/costs pursuant to Order Approving Application for Compensation (Doc. No. 145). clh | 3220-000 | | 4,523.29 | 132,531.43 |
| 10/01/17 | 116 | Berger Singerman LLP | Attorney's fees/costs pursuant to Order Approving Application for Compensation (Doc. No. 145). clh | 3210-000 | | 6,781.15 | 125,750.28 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.98 | 125,543.30 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.57 | 125,362.73 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.30 | 125,188.43 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.06 | 124,990.37 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.79 | 124,822.58 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 179.53 | 124,643.05 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 173.30 | 124,469.75 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 196.95 | 124,272.80 |

Page Subtotals:     $0.00     $30,553.37

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 8:13-bk-06902-CED | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | YJNK VIII, Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3867 | Account #: | ******0566 Checking Account |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/21/18 | 117 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness fees pursuant to Order Granting Motion for Approval of Monthly Payments to Ghiglieri Consistent with Proposed Budget (Doc. No. 139 & 148)(Inv #14).  clh | 3991-000 | | 1,468.35 | 122,804.45 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 172.78 | 122,631.67 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 188.35 | 122,443.32 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 181.98 | 122,261.34 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 93.78 | 122,167.56 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 110.45 | 122,057.11 |
| 11/25/18 | 118 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness fees pursuant to Order Granting Motion for Authorization to Pay Ghiglieri & Company (Doc. No. 151 & 154)(Inv #15).  clh | 3991-000 | | 2,821.87 | 119,235.24 |
| 11/25/18 | 119 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness expenses pursuant to Order Granting Motion for Authorization to Pay Ghiglieri & Company (Doc. No. 151 & 154)(Inv #15).  clh | 3992-000 | | 44.11 | 119,191.13 |
| 02/02/19 | 120 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness fees pursuant to Order Granting Motion for Authorization to Pay Ghiglieri & Company (Doc. No. 151 & 154)(Inv #16).  clh | 3991-000 | | 1,953.99 | 117,237.14 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******5484 | Transition Debit to Metropolitan Commercial Bank acct 3910015484 | 9999-000 | | 117,237.14 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 298,125.00 | 298,125.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 117,237.14 |
| Subtotal | | 298,125.00 | 180,887.86 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $298,125.00 | $180,887.86 |

{ } Asset Reference(s)                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 8:13-bk-06902-CED | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | YJNK VIII, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3867 | Account #: | ******5484 Checking Account |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******0566 | Transition Credit from Rabobank, N.A. acct 5017090566 | 9999-000 | 117,237.14 | | 117,237.14 |
| 07/01/19 | 1000 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness fees pursuant to Order Granting Motion for Authorization to Pay Additional Invoices to Banking Law Expert Ghiglieri (Doc. No. 159)(Inv #17). | 3991-000 | | 1,628.13 | 115,609.01 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.39 | 115,516.62 |
| 04/26/20 | 1001 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness fees pursuant to Order Granting Motion for Authorization to Pay Additional Invoices to Banking Law Expert Ghiglieri (Doc. No. 159)(Inv #19). | 3991-000 | | 1,255.08 | 114,261.54 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 184.63 | 114,076.91 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 176.52 | 113,900.39 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 194.18 | 113,706.21 |
| 07/20/20 | 1002 | Catherine A. Ghiglieri and Ghiglieri & Company | Payment of expert witness fees pursuant to Order Granting Motion for Authorization to Pay Additional Invoices to Banking Law Expert Ghiglieri (Doc. No. 159)(Inv #20). | 3991-000 | | 1,025.39 | 112,680.82 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 187.58 | 112,493.24 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 173.80 | 112,319.44 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 191.51 | 112,127.93 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 179.22 | 111,948.71 |
| 11/06/20 | 1003 | Stephen Busey | Mediator's fees (est share of 33.33%) pursuant to order granting mtn for auth to pay mediators fee (Doc. No. 182). | 3721-000 | | 270.69 | 111,678.02 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 172.73 | 111,505.29 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 196.06 | 111,309.23 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 172.43 | 111,136.80 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 166.24 | 110,970.56 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 195.64 | 110,774.92 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 177.54 | 110,597.38 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 165.44 | 110,431.94 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 194.69 | 110,237.25 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 176.67 | 110,060.58 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 188.15 | 109,872.43 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 176.09 | 109,696.34 |

Page Subtotals:   $117,237.14   $7,540.80

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 8:13-bk-06902-CED | | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|---|
| Case Name: | YJNK VIII, Inc. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3867 | | Account #: | ******5484 Checking Account |
| For Period Ending: | 09/30/2021 | | Blanket Bond (per case limit): | $30,832,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 117,237.14 | 7,540.80 | $109,696.34 |
| | | | Less: Bank Transfers/CDs | | 117,237.14 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,540.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,540.80 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page:  2-6

| | | | |
|---|---|---|---|
| **Case No.:** | 8:13-bk-06902-CED | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | YJNK VIII, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3867 | **Account #:** | ******5484 Checking Account |
| **For Period Ending:** | 09/30/2021 | **Blanket Bond (per case limit):** | $30,832,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $298,125.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $298,125.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0566 Checking Account | $298,125.00 | $180,887.86 | $0.00 |
| ******5484 Checking Account | $0.00 | $7,540.80 | $109,696.34 |
| | **$298,125.00** | **$188,428.66** | **$109,696.34** |